In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00003-CV
_____

RAYMOND CRISWELL, Appellant

V.

KENNETH M. ALLISON AND LINDA C. ALLISON, Appellees

On Appeal from the 411th District Court
Polk County, Texas
Trial Cause No. CIV29835

**ORDER**

Upon submission of the appeal, it came to the attention of this Court that the trial court's judgment does not contain a legal description of the property awarded by adverse possession to the appellees, Kenneth M. Allison and Linda C. Allison. The appellant, Raymond Criswell, and the appellees filed a joint motion to abate the appeal and remand the case to the trial court for entry of an amended judgment. We grant the motion to abate and remand.

1

It is, therefore, ORDERED that the appeal is abated and the case is remanded for entry of an amended judgment that includes a legal description of the property awarded by adverse possession. *See* Tex. R. App. P. 44.4. A supplemental clerk's record containing the amended judgment shall be filed with the Court of Appeals by February 14, 2019. The trial court may conduct such hearings as may be necessary; if a hearing is conducted, a supplemental reporter's record of the hearing shall be prepared and filed with the appellate court. The appeal will be reinstated without further order of this Court when the supplemental clerk's record containing the amended judgment is filed.

ORDER ENTERED January 15, 2019.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.